UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | BK 20-80238 |
| | ) | |
| WILLIAM RAYMOND BRYAN | ) | |
| Debtors | ) | |

### DEBTOR'S RESPONSE TO TRUSTEE'S OBJECTION
### TO CONFIRMAITON OF PLAN

COMES NOW the debtor, William Raymond Bryan and for his response to the Chapter 13 Trustee's Objection to Confirmation of Plan and states as follows:

1. Amended plan has been adjusted to properly reflect the domestic support obligation.
2. Schedule I has been recalculated and corrections made.
3. The error in part 8 of the previous amended plan was removed.
4. Pay statements reflecting the Debtors current employment are to be supplied the Chapter 13 Trustee.

WHEREFORE the Debtors pray that the court enters an order denying the Objection to Confirmation made by the Trustee and confirm the Plan.

William Bryan, Debtor

/s/ Carrie A. Doll
Carrie A. Doll, # 24069
PO Box 12457
Omaha, NE 68112
(402) 740-1489
Attorney for Debtor(s)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above Response was mailed by regular U.S. Mail, postage prepaid on February 22, 2021 to all interested parties and the Chapter 13 trustee via CM/ECF.

/s/ Carrie A. Doll